**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**V.**　　　　　　　　　　　　　　　　　　　　Case No:  2:12-CV-67-FtM-29SPC

**LEE COUNTY, FLORIDA**

    **Defendant.**

_____/

## **ORDER**

This matter comes before the Court on Motion to Intervene by Frank M. Rogato, Susan Amelio, John Scotti and David H. Wright (Doc. #24) filed on March 26, 2012.  Because Mr. Rogato, Mr. Scotti, Mr. Wright, and Ms. Amelio seek to prosecute claims that are substantially identical to that prosecuted by the Plaintiff in this action, they move to intervene in this matter.  Counsel for potential Plaintiff-Intervenors has indicated that he will not oppose the motion to intervene.  Thus, the Motion is due to be granted.

Accordingly, it is now

**ORDERED:**

Motion to Intervene by Frank M. Rogato, Susan Amelio, John Scotti and David H. Wright (Doc. #24) is **GRANTED**.  The Clerk of Court is directed to file the Intervenors' Complaint, which is attached as Exhibit A to the instant Motion, as a separate entry in the

1

CM/ECF system and add Rogato, Amelio, Scotti, and Wright as Plaintiff-Intervenors on the docket sheet.

**DONE** and **ORDERED** in Fort Myers, Florida this 26th Day of March, 2012.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies:  All Parties of Record