UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**V.**                                                **Case No:  2:12-CV-67-FtM-29SPC**

**LEE COUNTY, FLORIDA**

    **Defendant.**

_____/

**ORDER**

This matter comes before the Court on the Court's Order Granting the Putative Interveners, Frank M. Rogoto, Susan Amelio, John Scotti and David H. Wright's Motion to Intervene (Doc. #25) filed on March 27, 2012. On March 27, 2012, this Court issued an Order (Doc. # 25) granting the putative Interveners Motion to Intervene (Doc. # 24). In their Motion, the Putative Interveners certified, in accord with M.D. Fla. Local Rule 3.01(g), that they had "conferred with the opposing Counsel regarding the instant Motion and Defendant's Counsel Lee County, Florida and Counsel has no opinion to oppose this motion to intervene." Based upon the putative Interveners Rule 3.01(g), certification, the Court granted the Motion as unopposed.

However, the Intervener, did not state whether the Plaintiff or Counsel opposed the Motion. The Plaintiff, the United States of America, represents to the Court that it opposes the Motion, and objects to the fact that it did not have the opportunity to brief the opposition. As

such, the Court will vacate the Order granting the Motion to Intervene (Doc. # 24) and allow the Plaintiff the opportunity to brief its opposition.

Accordingly, it is now

**ORDERED:**

The Court's Order Granting the Putative Interveners, Frank M. Rogoto, Susan Amelio, John Scotti and David H. Wright's Motion to Intervene (Doc. #25) is hereby **VACATED**. The Plaintiff the United States of America has up to and including **April 11, 2012**, to file a memorandum in opposition to the Motion to Intervene.

**DONE** and **ORDERED** in Fort Myers, Florida this 28th Day of March, 2012.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies:  All Parties of Record