**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-                                                Case No:  2:12-cv-67-FtM-29SPC

LEE COUNTY, FLORIDA,

    Defendant.

_____/

### **ORDER**

This matter comes before the Court on the Parties' Joint Motion to Extend the Deadline for the Case Management Conference (Doc. # 36) filed on April 13, 2012.  The Parties move to extend the deadline to hold a case management conference in this case for a period of thirty (30) days after the Court rules on the pending Motion to Intervene.  As grounds, the Parties state that an extension would allow more time to include a complete discovery plan in this manner.

Pursuant to Local Rule 3.01(g), the Court finds the Parties have conferred and agree on the proposed extension of time to conduct a case management conference within thirty (30) days of the Court's ruling on the Intervenors' Motion to Intervene.  Therefore, the Court, having considered the motion, finds good cause exists to allow the requested deadline extension.

Accordingly, it is now

**ORDERED:**

1

Parties' Joint Motion to Extend the Deadline for the Case Management Conference (Doc. # 36) is **GRANTED**. The Parties' Case Management Report is due **thirty (30) days** after the Court rules on the Motion to Intervene.

**DONE** and **ORDERED** in Fort Myers, Florida this 13th Day of April, 2012.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record